UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANN M. ALLISON,

    Plaintiff,

v.                                      CASE NO. 8:12-CV-1313-T-17EAJ

DOMINIQUE PARISE,
et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 82    Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the Amended Verified Motion for Attorney's Fees and Costs of Defendants City of Temple Terrace, Lopez and Albano (Dkt. 74) and the Parise Defendants' Verified Motion for Attorney's Fees and Costs be denied (Dkt. 60), and the Motion to Strike (Dkt. 75) Parise Defendants' Motion for Attorney's Fees and Costs be granted.

No objections to the Report and Recommendation have been filed. The Court has independently examined the pleadings. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 82) is **adopted** and **incorporated by reference**. The Motions for Attorney's Fees and Costs (Dkts. 60, 74) are **denied** and Plaintiff's Motion to Strike (Dkt. 75) is **granted**.

Case No. 8:12-CV-1313-T-17EAJ

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 30th day of April, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record